**Opinion issued October 2, 2014**



In The

# Court of Appeals
### For The
## First District of Texas

_____

## NO. 01-13-00217-CV
_____

## IN RE MOTION TO MODIFY ORDER OF EXPUNCTION

_____

### On Appeal from the 212th District Court
### Galveston County, Texas
### Trial Court Cause No. 12CV2065

_____

## MEMORANDUM OPINION

This is an appeal from the trial court's order signed December 11, 2012. On September 4, 2014, the trial court signed an order vacating the December 11, 2012 order. A notice of intent to dismiss was issued by this Court on September 9, 2014, providing the parties 10 days to respond explaining why the appeal is not moot. No party responded to the notice. Accordingly, we dismiss the appeal as

moot.  *See* TEX. R. APP. P. 42.3(C); 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.